UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DINO PHILLIP ACCARIA,

                Petitioner,

-against-

PAUL M. LAIRD, WARDEN,
MDC-BROOKLYN,

                Respondent.
---------------------------------------------------------------X

JUDGMENT
05-CV- 4760 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 9 2006 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on February 28, 2006, granting petitioner's request to "withdraw any and all motions [he] submitted" because the United States Parole Commission found him not guilty of the violation; and dismissing the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's request to "withdraw any and all motions [he] submitted" because the United States Parole Commission found him not guilty of the violation is granted; and that the petition for a writ of habeas corpus is dismissed.

Dated: Brooklyn, New York
       March 03, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court